UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:09-0372 |
| | ) | JUDGE CAMPBELL |
| TERRY W. BROWN | ) | |

ORDER

The Court is in receipt of a Notice of Dismissal Without Prejudice by Petitioners (Docket No. 7). Accordingly, the Clerk is directed to close the file and the hearing scheduled for July 2, 2009 is cancelled.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE